# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| MARY HUGHES, | CV-16-43-GF-BMM |
| Plaintiff, | **ORDER** |
| v. | |
| JOSEPH GERTGE, et al. | |
| Defendants. | |

**IT IS ORDERED** that the parties will submit a joint status report to the court on or before **April 5, 2018.**

DATED this 22nd day of March, 2018.

_____
Brian Morris
United States District Court Judge