IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| MARY HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 4:16-cv-00043-BMM |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH GERTGE, IT SERVICES CORP, INCONEN CORPORATION, INCONEN TEMPORARY SERVICES, INC., THE BOEING COMPANY, AND JOHN DOES I, II AND III, | ) ) ) ) ) | **ORDER VACATING FINAL PRETRIAL CONFERENCE, TRIAL DATE AND SCHEDULING ORDER DEADLINES** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based upon the Parties' Joint Motion to Vacate Final Pretrial Conference, Trial Date and Scheduling Order Deadlines, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Final Pretrial Conference set for August 9, 2018, the Trial Date set for August 21, 2018, and the remaining scheduling order deadlines provided for in Doc. No. 48 are vacated. In the event the settlement

conference is unsuccessful, the parties may request that a status conference be conducted to re-schedule the necessary remaining deadlines and trial date.

DATED this 7th day of August 2018.

_____
Brian Morris
United States District Court Judge