IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARY HUGHES, | ) |
| | ) |
| Plaintiff, | ) Cause No.: 4:16-cv-00043-BMM |
| | ) |
| vs. | ) |
| | ) |
| JOSEPH GERTGE, IT SERVICES | ) |
| CORP, INCONEN CORPORATION, | ) **ORDER OF DISMISSAL WITH** |
| INCONEN TEMPORARY SERVICES, | ) **PREJUDICE** |
| INC., THE BOEING COMPANY, AND | ) |
| JOHN DOES I, II AND III, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Upon stipulation of the parties to the above-captioned civil cause, and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned cause be, and hereby is, dismissed with prejudice as fully settled upon its merits. Each party shall be responsible for their own costs and attorneys' fees.

Dated this  1st  day of  October , 2018.

_____
Brian Morris
United States District Court Judge